1  Jack Clifford
   Ernest W. Grumbles
2  Will Schultz
   MERCHANT & GOULD
3  3200 IDS Center
   80 South 8th Street
4  Minneapolis, MN 55402-2215
   Telephone: (612) 332-5300
5  Facsimile: (612) 332-9081

6  Nan E. Joesten (State Bar No. 191288)
   FARELLA BRAUN & MARTEL LLP
7  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
8  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480

9
   Attorneys for Plaintiff
10 COSMETIC WARRIORS LIMITED

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
April 19, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSMETIC WARRIORS LIMITED, a United Kingdom corporation, <br><br>Plaintiff, <br><br>vs. <br><br>BATH LUSH, INC. d/b/a BATHLUSH.COM, a California corporation, <br><br>Defendant. | Case No. 06-04506 VRW <br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF THE COMPLAINT** |

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to pay its own fees and costs.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. 06-04506 VRW
STIPULATED DISMISSAL WITH PREJUDICE OF THE COMPLAINT

21216\1222560.1

| | | |
|---|---|---|
| 1 | DATED: April __, 2007 | MERCHANT & GOULD |
| 2 | | |
| 3 | | By: _____<br>Ernest W. Grumbles III |
| 4 | | |
| 5 | | Attorneys for Plaintiff<br>COSMETIC WARRIORS LIMITED |
| 6 | DATED: April 12, 2007 | FARELLA BRAUN & MARTEL LLP |
| 7 | | |
| 8 | | By: _____/s/_____<br>Nan E. Joesten |
| 9 | | |
| 10 | | Attorneys for Plaintiff<br>COSMETIC WARRIORS LIMITED |
| 11 | | |
| 12 | DATED: April __, 2007 | BERKE, KENT & WARD LLP |
| 13 | | |
| 14 | | By: _____<br>Ted S. Ward |
| 15 | | |
| 16 | | Attorneys for Defendant<br>BATH LUSH, INC. |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Case No. 06-04506 VRW
STIPULATED DISMISSAL WITH PREJUDICE OF THE COMPLAINT - 2 - 21216\1222560.1